In the Matter of the Application under the Arbitration Law of TRIMOUNT DREDGING COMPANY, Respondent, against THE ROBBINS-RIPLEY COMPANY, Respondent; FRANK S. HUTCHINSON and Others, Appellants, for an Order Directing that an Arbitration Provided for in a Certain Contract between the Parties, etc., Proceed.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.